1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4
   BLAKE D. STAMM (CTBN 301887)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7063
7  Fax:  (415) 436-7234

8  Attorneys for Plaintiff

9              UNITED STATES MAGISTRATE COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,      )  No.   CR 05-00284 SI
                                    )
13 |     Plaintiff,                 )  [PROPOSED] ORDER AND
                                    )  STIPULATION FOR CONTINUANCE
14 |     v.                         )  FROM JULY 28, 2006 TO SEPTEMBER
                                    )  29, 2006 AND ORDER EXCLUDING
15 | MOHAMMAD ADIL,                 )  TIME FROM THE SPEEDY TRIAL ACT
                                    )  CALCULATION (18 U.S.C. § 3161(h)(8))
16 |     Defendant.                 )
                                    )
17

18      With the agreement of the parties, and with the consent of the defendant, the Court enters

19 this order scheduling a status conference and trial setting on September 29, 2006 at 11:00 A.M.

20 as well as documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b),

21 from July 28, 2006 to September 29, 2006.  The parties agree, and the Court finds and holds, as

22 follows:

23      1. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

24 3161(h)(8)(B)(iv) to provide continuity of counsel and reasonable time necessary for effective

25 preparation, taking into account the exercise of due diligence.

26      2. Counsel for the defense believes that a continuance of this matter is in his client's best

27 interest.  Counsel for the defense has specifically considered the need for time to consult with

28 Pretrial Services on the question of his client's eligibility for pretrial diversion.

1    5. The Court finds that, taking into the account the public interest in the prompt
2 disposition of criminal cases, these grounds are good cause for a continuance.  Given these
3 circumstances, the Court finds that the ends of justice served by excluding the period from July
4 28, 2006 to September 29, 2006 outweigh the best interest of the public and the defendant in a
5 speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).
6    6. Accordingly, and with the consent of the defendant, the Court (1) schedules a status
7 conference and trial setting on September 29, 2006 at 11:00 A.M. and (2) orders that the period
8 from July 28, 2006 to September 29, 2006 be excluded from Speedy Trial Act calculations under
9 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: August 1, 2006                    /S/
                                         MARC H. AXELBAUM
                                         Attorney for Defendant


DATED: August 1, 2006                    /S/
                                         BLAKE D. STAMM
                                         Assistant United States Attorney

IT IS SO ORDERED.

DATED:   08/04/06                        _____
                                         HON. SUSAN ILLSTON
                                         United States District Court Judge