1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4  BLAKE D. STAMM (CTSBN 301887)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7063
7      Facsimile: (415) 436-7234
       blake.d.stamm2@usdoj.gov
8
   Attorneys for Plaintiff
9

10
                     UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14
   UNITED STATES OF AMERICA,          )  No. CR 05-00284 SI
15                                    )
          Plaintiff,                  )  STIPULATION AND [PROPOSED]
16                                    )  ORDER TO EXCLUDE TIME AND
      v.                              )  DEFER PROSECUTION
17                                    )
   MOHAMMAD ADIL,                     )
18                                    )
          Defendant.                  )
19 _____)

20
21      The parties hereby request that the Court defer prosecution and exclude time under
22 the Speedy Trial Act in the above captioned case pursuant to 18 U.S.C. § 3161(h)(2) from
23 December 28, 2006 to June 28, 2007 for deferral of prosecution. The parties and Pretrial
24 Services, as reflected in the appended Agreement for Pretrial Diversion, agree that a six
25 month period of pretrial diversion is an appropriate disposition in this matter. During that
26 time the defendant will have an opportunity to demonstrate his good conduct.
27 Accordingly, the parties agree that the prosecution should be be deferred for a six month
28 period and request an exclusion of time during that period.

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 05-00284 SI

SO STIPULATED.

                                                KEVIN V. RYAN
                                                United States Attorney

DATED: 12/28/06                                /S/
                                                BLAKE D. STAMM
                                                Assistant United States Attorney

DATED: 12/28/06                                /S/
                                                MARC H. AXELBAUM
                                                Attorney for Defendant

## ORDER

Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that prosecution is deferred and time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2) from December 28, 2006 to June 29, 2007 for deferral of prosecution by the Government for the purpose of allowing the defendant to demonstrate good conduct under the conditions of a pretrial diversion program.

DATED: _____                                _____
                                                HON. SUSAN ILLSTON
                                                United States District Court Judge