| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | DAVID L. ANDERSON #149604 |
| 2 | MARC H. AXELBAUM #209855 |
| | 50 Fremont Street |
| 3 | Post Office Box 7880 |
| | San Francisco, CA 94120-7880 |
| 4 | Telephone: (415) 983-1000 |
| | Facsimile: (415) 983-1200 |
| 5 | |
| | Attorneys for Defendant Mohammad Adil |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05 00284 (SI) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| vs. | |
| AKRAM SABAR CHAUDHRY, aka Akram Sabar, and MOHAMMAD ADIL, aka Adil Mohammad, | **[Criminal Justice Act]** |
| Defendants. | |

**RECITALS**

A. Defendant Mohammad Adil is currently participating in the government's Pretrial Diversion Program.

B. Mr. Adil is currently scheduled to appear for a status conference before the Court on May 25, 2007.

C. Mr. Adil's counsel, Marc H. Axelbaum, of Pillsbury Winthrop Shaw Pittman, LLP, needs to be out of state on May 25, 2007.

1  D. The parties, having discussed the matter, and having checked with the
2  Court's Calendar Clerk, have agreed to continue the status conference set for May 25th one
3  week, to June 1, 2007.
4  E. The Court, by order dated January 9, 2007, has already excluded time under
5  the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2) until June 29, 2007 for deferral of
6  prosecution for the purpose of allowing Mr. Adil to demonstrate good conduct under the
7  conditions of the Pretrial Diversion Program. Dkt. 90.

**STIPULATION**

Accordingly, Defendant Adil and the government, through their attorneys, hereby stipulate as follows:

1. The status conference currently scheduled for May 25, 2007 shall be continued until June 1, 2007, at 11 a.m., or as soon thereafter as may be convenient for the Court.
2. Time shall continue to be excluded under the Speedy Trial Act until June 29, 2007.

Dated: May 15, 2007.

> PILLSBURY WINTHROP SHAW PITTMAN LLP
> DAVID L. ANDERSON
> MARC H. AXELBAUM
> 50 Fremont Street
> Post Office Box 7880
> San Francisco, CA 94120-7880
>
> By  */s/ Marc H. Axelbaum*
>      Marc H. Axelbaum
>
> Attorneys for Defendants

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, MARC H. AXELBAUM, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed below.

10831424v1

- 2 -

1   I declare under penalty of perjury that the foregoing declaration is true and correct.

2   Executed on May 15, 2007, at San Francisco, California.

3
                                    _/s/ Marc H. Axelbaum_____
4                                        Marc H. Axelbaum

5   Dated: May 15, 2007.

6                                   SCOTT N. SCHOOLS
                                    MARK L. KROTOSKI
7                                   BLAKE D. STAMM
                                    Office of the United States Attorney, N.D. Cal.
8                                   450 Golden Gate Avenue, Box 36055
                                    San Francisco, CA 94102
9                                   Tel: (415) 436-7063
                                    Fax: (415) 436-7234
10
                                    By _____/s/ *Blake D. Stamm per G.O. 45*_
11                                            Blake D. Stamm

12                                  Attorneys for the United States of America

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  10831424v1                      - 3 -

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to the foregoing Stipulation, and good cause appearing, the Court orders |
| 3 | the following: |
| 4 | 1. The status conference currently scheduled for May 25, 2007 shall be continued until |
| 5 | June 1, 2007, at 11 a.m. |
| 6 | 2. Time shall continue to be excluded under the Speedy Trial Act until June 29, 2007. |
| 7 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |
| 8 | Dated: May ___, 2007. |

_[signature: Susan Illston]_

Hon. Susan Illston
United States District Judge