UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> AKRAM SABAR CHAUDHRY, <br>   aka Akram Sabar, and <br> MOHAMMAD ADIL, <br>   aka Adil Mohammad, <br> Defendants. | No. CR 05 00284 (SI) <br><br> **ORDER OF DISMISSAL** |

On June 1, 2007, this matter came on for a status conference before the Court. At the conference, the United States moved orally to dismiss all charges against Defendant Mohammad Adil, and the Court granted the motion. FOR GOOD CAUSE SHOWN, the case against Mr. Adil is DISMISSED.

**IT IS SO ORDERED.**

Dated: June ___, 2007.

_____
Hon. Susan Illston
United States District Judge

10831952v1

- 1 -

Approved as to Form:

*/s/ Susan R. Jerich*
Susan R. Jerich, Assistant United States Attorney

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, MARC H. AXELBAUM, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the signatory listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct. Executed on June 19, 2007, at San Francisco, California.

*/s/ Marc H. Axelbaum*
Marc H. Axelbaum

10831424v1

- 2 -

*United States v. Adil*, Cr. 05-00284
Order of Dismissal